```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

RECARDO HERNENDEZ,              §
                                §
                                §
VS.                             §  CIVIL ACTION NO.4:07-CV-295-Y
                                §
NATHANIEL QUARTERMAN, Director, §
T.D.C.J., Correctional          §
Institutions Division,          §
      Respondent.               §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Recardo Hernendez, along with the June 4, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until June 25, 2008, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.[1]

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on June 4, 2008. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

---

[1] The Court's mailing of the magistrate judge's report to Recardo Hernendez was returned stamped "Return to Sender--Not Deliverable as Addressed--Unable to Forward," but Hernendez has not updated his address of record with the Court. The address on file with the clerk of Court for petitioner Hernendez remains the same as when he filed the suit. Because Petitioner has failed to keep the Court apprised of his current address as required by the local rules, *see* N. D. Tex. Civ. R. 83.13 and 83.14, he has not responded to the June 4, report.

Recardo Hernendez's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED as moot.

SIGNED June 27, 2008.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE